JOSEPH C. LIBURT (STATE BAR NO. 155507)
CHRISTIAN N. BROWN (STATE BAR NO. 233147)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
United States of America
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401
Email:         jliburt@orrick.com
Email:         cbrown@orrick.com

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

ALAN HARRIS (STATE BAR NO. 146079)
PRIYA MOHAN (STATE BAR NO. 228984)
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, California  90027
Telephone:   (323) 962-3777
Facsimile:    (323) 962-3004
Email:         aharris@harrisandruble.com
Email:         pmohan@harrisandruble.com

Attorneys for Plaintiff
SARAH CHOOKEY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH CHOOKEY, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>SEARS, ROEBUCK AND CO.; and DOES 1 through 100, inclusive,<br>Defendants. | Case No. CV 12-2491-GW(MRWx)<br><br>**JUDGMENT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

1
2         In accordance with the Order Granting Final Approval of Class-Action
3   Settlement ("Final Approval Order") entered by the Court in this action, **IT IS**
4   **ORDERED** that:
5         1.    The Settlement Class conditionally certified in the Preliminary
6   Approval Order is confirmed.
7         2.    Judgment is hereby entered dismissing the above-captioned action
8   against
9   Defendant on the merits and with prejudice and without the payment of fees or
10  costs other than as provided in the Settlement referred to in the Final Approval
11  Order.
12        3.    Without affecting the finality of this Judgment in any way, the Court
13  hereby retains continuing jurisdiction over (a) the implementation of the Settlement
14  as described in the Final Approval Order, (b) the payment of the amount of
15  reasonable attorney's fees and costs to be awarded to Class Counsel as provided for
16  in the Settlement, and (c) all Parties hereto for the purpose of administering the
17  Settlement and enforcing the terms of this Judgment.
18        **IT IS SO ORDERED.**
19
20  Dated: July 30, 2014_____   _____
                                                 GEORGE H. WU, U.S. District Judge
21
22
23
24
25
26
27
28